**Stephen FARKAS, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 03–5148.

United States Court of Appeals,
Federal Circuit.

DECIDED: April 13, 2004.

Douglas R. Eisenberg, Principal Attorney, Gallo Gefkner, Paramus, NJ, for Plaintiff–Appellant.

John A. Dudeck, Jr., Principal Attorney, Teresa E. McLaughlin, Robert C. Stoddart, of Counsel, Department of Justice, Washington, DC, for Defendant–Appellee.

Before LOURIE, CLEVENGER, and BRYSON, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.